AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

_____ District of **NEVADA** _____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:20-mj-00212-VCF |
| | ) | |
| **RENEE ALLARD** | ) | Charging District:   Southern District of New York |
| _Defendant_ | ) | Charging District's Case No.  20MAG-2734 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| Place: | U.S. District Court - Southern District of New York AS ORDERED | Courtroom No.:  AS ORDERED |
|---|---|---|
| | | Date and Time:  AS ORDERED |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:    March 13, 2020

_____
_Judge's signature_

CAM FERENBACH, U.S. MAGISTRATE JUDGE
_Printed name and title_



FILED _____ _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 1 3 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY